

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00210-CV

Randy **RUSTON** and Amanda Ruston,
Appellants

v.

**JUMP ENTERPRISES**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4696
Honorable Bob Brendel, Judge Presiding

# O R D E R

On April 16, 2021, appellants filed a statement of inability to afford payment of court costs in the trial court. *See* TEX. R. CIV. P. 145(a). The clerk's record does not contain an order from the trial court overruling appellants' statement, and nothing in our records indicates the court conducted a hearing on that issue. *See id.* R. 145(f)(5), (6) (party who files a statement of inability to pay "may not be required to pay costs without an oral evidentiary hearing" and an order "supported by detailed findings"). On May 7, 2021, the trial court signed a final judgment, and on May 13, 2021, appellants filed a notice of appeal from that order.

On May 27, 2021, the court reporter filed a letter in this court contesting appellants' statement of inability to afford payment of court costs, and the clerk of this court forwarded the court reporter's letter to the trial court for further proceedings on that issue. *See id.* R. 145(f)(3). In response to an inquiry from this court, the trial court clerk confirmed that the court reporter's contest has been filed, but that no hearing is currently set. We therefore **ORDER** the trial court to hold an evidentiary hearing on the court reporter's contest and issue a written ruling on that contest—including, if applicable, any findings required by Texas Rule of Civil Procedure 145(f)(6)—**by August 2, 2021.** We further **ORDER** the trial court to notify this court of the date of the hearing within 5 days of the date the hearing is set. Finally, we **ORDER** the district clerk and court reporter to file supplemental clerk's and reporter's records in this court within five days of the hearing, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted; (2) the trial court's written ruling on the court reporter's contest to appellants' statement of inability to afford payment of court costs; and (3) if applicable, the trial court's "detailed findings" under Texas Rule of Civil Procedure 145(f)(6).

Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.

MICHAEL A. CRUZ, Clerk of Court